FILED

2003 NOV -3 P 12: 58

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL W. DUMONT<br>　　　　　　Plaintiff<br><br>v.<br><br>JOHN A. COLLINS, III,<br>(SUISMAN, SHAPIRO, WOOL, BRENNAN,<br>GRAY, & GREENBERG, P.C.),<br>MARTHA S. TRIPLETT,<br>LAW OFFICES OF LARRY H. LEWIS, &<br>SCOTTSDALE INS. CO. [*sic*]<br>　　　　　　Defendants | Civil Action No. 302CV548(SRU)<br><br><br><br><br><br><br><br><br>OCTOBER 30, 2003 |

## MOTION TO DISMISS OF DEFENDANTS
## COLLINS AND SUISMAN, SHAPIRO

The undersigned defendants, by counsel, hereby move the Court to dismiss this action and to enjoin further actions on the same subject matter as follows:

A. The undersigned defendants move the Court to dismiss this action pursuant to Rules 16(f) and 41(b) of the Federal Rules of Civil Procedure for the reason that the plaintiff has repeatedly failed to comply with the Rules and the orders of the Court in that:

1. He refused to participate in a telephone conference set up by the Court regarding his Motion For Protective Order on September 5, 2003.

2. He refused to discuss his discovery objections as ordered by the Court in the September 5, 2003 telephone conference, of which order he was notified by undersigned counsel (copy of e-mail attached).

3. He refused to attend a court hearing and conference on October 3, 2003;

4. He failed to comply with the Court's orders of April 14, 2003 regarding the filing of a revised complaint in compliance with the ruling on the undersigned defendants' Motion To Dismiss after the expiration of his extension of time to plead and after the October 28 ruling denying his motion for permission to file a non-conforming amended complaint, despite the express "Supplemental Notice To Pro Se Plaintiff" directing him to file such a pleading by October 24 and warning that a failure to do so would "result in the dismissal of some or all of plaintiff's claims."

5. In addition to the direct failure to comply with the Rules and the orders of the Court, plaintiff's refusal to attend his deposition on September 11, 2003, his refusal to communicate with counsel concerning production requests and his deposition, his failure to attend his deposition, his failure to attend hearings and conferences, and his refusal to file the amended pleading have prevented these defendants and thus the case from proceeding and constitute a failure to prosecute this matter as contemplated by Rule 41(b), F.R.Civ. P.

B. These defendants further move the Court to dismiss this action pursuant to Rule 37(d) and Rule 37(b)(2)(C), F.R.Civ.P. as the plaintiff failed to appear for his deposition on September 11, 2003. A copy of the transcript prepared at the appointed time and place, a copy of the Notice of Deposition, a copy of the Motion For Protective Order acknowledging receipt of the Notice of Deposition, and copies of the e-mails and facsimile transmittal concerning the deposition are attached as exhibits.

C. These defendants also move the Court, pursuant to 28 U.S.C. § 1651, the All Writs Act, to enjoin the plaintiff from commencing any further actions against the defendants arising out of their representation of him for his injuries suffered in 1995 and his subsequent action against UBC, Inc. or for their participation in the related interpleader action brought by Scottsdale Insurance Company, that is all claims that were brought in this action, including those attempted to be added and not allowed and those brought in the second action, Civil Action No. 3:03 CV 1057 (SRU). As the Court is aware, the plaintiff commenced the second action to avoid the Court's rulings in this action and it would be unfair to these defendants should plaintiff decide to try that approach again. He also has filed a petition in the United States Supreme Court to attack this Court's ruling on the demands for disqualification. As all of the issues that might be considered are present in this case, such an order would not deprive the plaintiff of any substantive rights.

**WHEREFORE,** the undersigned defendants pray that this action be dismissed and that the plaintiff be enjoined from filing further actions based on the same subject matter.

A memorandum in support of this motion is filed herewith.

**DEFENDANTS, John A. Collins, III and Suisman, Shapiro, Wool, Brennan, Gray & Greenberg, P.C.,**

BY _____
Louis B. Blumenfeld
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106-5109
(860) 527-1141/Fed Bar # ct05636

Their Attorney

4

*LAW OFFICES* • **COONEY, SCULLY AND DOWLING**
HARTFORD SQUARE NORTH • TEN COLUMBUS BOULEVARD • HARTFORD, CONNECTICUT 06106-5109 • (860) 527-1141