FILED

2003 NOV -3 P 12: 58

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL W. DUMONT<br>     Plaintiff | Civil Action No. 302CV548(SRU) |
| v. | |
| JOHN A. COLLINS, III,<br>(SUISMAN, SHAPIRO, WOOL, BRENNAN,<br>GRAY, & GREENBERG, P.C.),<br>MARTHA S. TRIPLETT,<br>LAW OFFICES OF LARRY H. LEWIS, &<br>SCOTTSDALE INS. CO. [*sic*]<br>     Defendants | OCTOBER 30, 2003 |

### AFFIDAVIT OF COUNSEL

Louis B. Blumenfeld, being duly sworn, deposes and says:

1.  I am over eighteen (18) years of age.

2.  I understand and believe in the obligation of an oath.

3.  I make this affidavit of my personal knowledge.

4.  I am the appearing attorney for John A. Collins, III and Suisman, Shapiro, Wool, Brennan, Gray & Greenberg, P.C. in this action.

5.  Attached hereto as Exhibit A is a true copy of the Notice of plaintiff's deposition dated August 6, 2003.

6. Attached hereto as Exhibit B are true copies of e-mails dated September 5, 2003 at 4:14 p.m., September 5, 2003 at 6:15 p.m., September 8, 2003 at 12:08 p.m. and September 9, 2003 at 11:25 a.m.

7. Our e-mail system advises if e-mails do not go through. Although I received such a notice on a subsequent e-mail to Mr. Dumont, no such notice was received for any of the e-mails listed in paragraph 6.

8. Attached hereto as Exhibit C are true copies of a facsimile with attachments and with the transmittal confirmation form showing successful transmission to the addressee.

9. Mr. Dumont did not respond to any of these communications orally or in writing.

10. On September 5, 2003, I telephoned Mr. Dumont at the number on his pleadings concerning his motion for protective order and his objections to his deposition and the production requests. I left a message on the answering machine (the recorded voice sounded like Mr. Dumont) requesting a return call. The call never was returned.

11. On September 10, 2003 I telephoned Mr. Dumont and left a message on the answering machine that is believed to bear his voice on the recorded message asking him to call me about the September 11, 2003 deposition. The call never was returned.

12. On September 11, 2003 Attorney Collins and I were at the United States District Courthouse at 915 Lafayette Boulevard, Bridgeport beginning prior to 10:00 a.m. After getting a room that was assigned by the clerk, not seeing Mr. Dumont, I waited in the elevator lobby to see if Mr. Dumont would arrive until about 10:25 a.m. At 10:26 a.m. we went on record. A true copy of the transcript of the "on record" proceeding is attached hereto as Exhibit D.

LAW OFFICES • COONEY, SCULLY AND DOWLING
HARTFORD SQUARE NORTH • TEN COLUMBUS BOULEVARD • HARTFORD, CONNECTICUT 06106-5109 • (860) 527-1141

13.  As the transcript shows, I attempted to reach Mr. Dumont by telephone while on record. I again reached an answering machine and left the message as in the transcript, inviting Mr. Dumont to call to discuss then pending matters. Mr. Dumont did not call then or at any time since.

14.  On September 11, 2003, after concluding the deposition, before leaving the building, I again checked the lobby. In addition I checked with Judge Underhill's secretary and confirmed that Mr. Dumont had not appeared in chambers, telephoned or sent any communication.

15.  Attached hereto as Exhibit E is a true copy of the text portion of plaintiff's Motion For Protective Order in which he acknowledges receipt of the Notice of Deposition. (The omitted attachments to the motion were: Plaintiff's Proposed Form 26(f) Report of Parties Planning Meeting (15 pages); Defendant Martha Triplett's Fed. R. Civ. P. 26(a) disclosures (5 pages); and Plaintiff Daniel W. Dumont's Fed. R. Civ. P. 26(A) Inicial [sic] Disclosures.)

_____
Louis B. Blumenfeld

Subscribed and sworn to before me this 30th day of October, 2003.

_____
Notary Public/Commissioner of the Superior Court

3

LAW OFFICES • COONEY, SCULLY AND DOWLING
HARTFORD SQUARE NORTH • TEN COLUMBUS BOULEVARD • HARTFORD, CONNECTICUT 06106-5109 • (860) 527-1141