**FILED**

2003 NOV -3 P 12: 58

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL W. DUMONT | : |
|     Plaintiff | :    Civil Action No. 302CV548(SRU) |
| v. | : |
| JOHN A. COLLINS, III, | : |
| (SUISMAN, SHAPIRO, WOOL, BRENNAN, | : |
| GRAY, & GREENBERG, P.C.), | : |
| MARTHA S. TRIPLETT, | : |
| LAW OFFICES OF LARRY H. LEWIS, & | : |
| SCOTTSDALE INS. CO. [sic] | : |
|     Defendants | :    OCTOBER 29, 2003 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants John A. Collins and Suisman, Shapiro, Wool, Brennan, Gray & Greenberg, P.C. have manually filed the following document or thing:

**Exhibits to Affidavit of Counsel.**

This document has not been filed electronically because:

☒    the document or thing cannot be converted to an electronic format
☐    the electronic file size of the document exceeds 1.5 megabytes
☐    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) of Local Rule of Criminal Procedure 57(b)
☐    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

        Respectfully submitted,

        DEFENDANTS, John A. Collins and Suisman, Shapiro, Wool, Brennan, Gray & Greenberg, P.C.,

BY _____
        Louis B. Blumenfeld
        Cooney, Scully and Dowling
        Hartford Square North
        Ten Columbus Boulevard
        Hartford, Connecticut 06106-5109
        (860) 527-1141/Fed Bar # ct05636
Their Attorney

2

LAW OFFICES • COONEY, SCULLY AND DOWLING
HARTFORD SQUARE NORTH • TEN COLUMBUS BOULEVARD • HARTFORD, CONNECTICUT 06106-5109 • (860) 527-1141

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all counsel and *pro se* parties of record on October 31, 2003 as follows:

**Plaintiff:**
Daniel W. Dumont
867 County Road 29
Norwich, NY 13815

**Counsel for Defendant Martha S. Triplett,
The Law Offices of Larry H. Lewis and
Scottsdale Insurance Company:**
Deborah S. Freeman, Esq.
Nicole J. Anker, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

_____
Louis B. Blumenfeld

#174918

LAW OFFICES • COONEY, SCULLY AND DOWLING
HARTFORD SQUARE NORTH • TEN COLUMBUS BOULEVARD • HARTFORD, CONNECTICUT 06106-5109 • (860) 527-1141