UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL W. DUMONT | : | |
|     Plaintiff | : | Civil Action No. 302CV548(SRU) |
| | : | |
| v. | : | |
| | : | |
| JOHN A. COLLINS, III, | : | |
| (SUISMAN, SHAPIRO, WOOL, BRENNAN, | : | |
| GRAY, & GREENBERG, P.C.), | : | |
| MARTHA S. TRIPLETT, | : | |
| LAW OFFICES OF LARRY H. LEWIS, & | : | |
| SCOTTSDALE INS. CO. [*sic*] | : | |
|     Defendants | : | DECEMBER 4, 2003 |
| | : | |

**MOTION TO SUSPEND SCHEDULING ORDER
DUE TO UNFORESEEABLE EVENTS**

    The undersigned defendants move the court, pursuant to Rule 16(b), Local Rules of Civil Procedure, to suspend the current scheduling order for the reason that the events recited hereafter were not reasonably foreseeable when the proposed management order and the August 27, 2003 Motion to Modify Scheduling Order were submitted.

    1.    The plaintiff has refused to participate in any activity relating to this case since approximately September 5, 2003, including speak to or correspond with counsel.

    2.    The plaintiff has refused to participate in discovery by failing to attend his noticed deposition, refusing to produce documents and refusing to discuss

      objections to production (raised by an improperly filed Motion For Protective Order).

3. These defendants are unable to fulfill the mandate of the Scheduling Order because the plaintiff has refused to participate.

4. These defendants have a pending Motion To Dismiss (filed November 3, 2003) premised on the plaintiff's refusal to participate in the action or to comply with orders of the court which, if granted, would dispose of this case.

5. The plaintiff has not opposed the Motion To Dismiss filed November 3, 2003, and the time to respond (November 24, 2003) has passed.

**WHEREFORE,** these defendants pray that the existing Scheduling Order be suspended subject to the setting of new dates if this action is ever able to proceed.

                **DEFENDANTS, John A. Collins, III and Suisman,**

                **Shapiro, Wool, Brennan, Gray & Greenberg, P.C.,**

        **BY** _____
            Louis B. Blumenfeld
            Cooney, Scully and Dowling
            Hartford Square North
            Ten Columbus Boulevard
            Hartford, Connecticut 06106-5109
            (860) 527-1141/Fed Bar # ct05636
        Their Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all counsel and *pro se* parties of record on December 4, 2003 as follows:

**Plaintiff:**
Daniel W. Dumont
867 County Road 29
Norwich, NY 13815

**Counsel for Defendant Martha S. Triplett,
The Law Offices of Larry H. Lewis and
Scottsdale Insurance Company:**
Deborah S. Freeman, Esq.
Nicole J. Anker, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

_____
Louis B. Blumenfeld

#176515