UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 12  P 5: 08

| | |
|---|---|
| DANIEL W. DUMONT | : |
| | : Civil Action No. |
| | : 3:02 CV 548 (SRU) |
| v. | : |
| | : |
| JOHN A. COLLINS, III, ET AL. | : |

## NOTICE TO PRO SE PLAINTIFF AND ORDER

The defendants filed a motion to dismiss on November 3, 2003 (**doc. #91**). By Local Rule, the plaintiff's response to that motion was due within twenty-one days after filing, i.e. on November 24, 2003. Local R. Civ. P. 9(a)1. To date the plaintiff has not filed an opposition to defendants' motion. The court is thus authorized to grant defendants' motion because plaintiff has not filed a timely objection. Local R. Civ. P. 9(a)1.

**Accordingly, the plaintiff, Daniel W. Dumont, shall file an opposition to defendants' motion to dismiss on or before January 15, 2004. If no response is filed by plaintiff by January 15, 2004, defendants' motion to dismiss will be granted and Dumont's claims against defendants will be terminated.**

It is so ordered.

Dated at Bridgeport, Connecticut this 12th day of December 2003.

Stefan R. Underhill
United States District Judge