FILED

2003 DEC -8 P 12: 20

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL W. DUMONT<br>　　　　　Plaintiff | Civil Action No. 302CV548(SRU) |
| vs. | |
| JOHN A. COLLINS, III,<br>(SUISMAN, SHAPIRO, WOOL, BRENNAN,<br>GRAY, & GREENBERG, P.C.),<br>MARTHA S. TRIPLETT,<br>LAW OFFICES OF LARRY H. LEWIS, &<br>SCOTTSDALE INS. CO. [*sic*]<br>　　　　　Defendants | DECEMBER 4, 2003 |

**MOTION TO SUSPEND SCHEDULING ORDER
DUE TO UNFORESEEABLE EVENTS**

The undersigned defendants move the court, pursuant to Rule 16(b), Local Rules of Civil Procedure, to suspend the current scheduling order for the reason that the events recited hereafter were not reasonably foreseeable when the proposed management order and the August 27, 2003 Motion to Modify Scheduling Order were submitted.

1. The plaintiff has refused to participate in any activity relating to this case since approximately September 5, 2003, including speak to or correspond with counsel.

2. The plaintiff has refused to participate in discovery by failing to attend his noticed deposition, refusing to produce documents and refusing to discuss

MOTION GRANTED.
SO ORDERED. _____ Stefan R. Underhill, U.S.D.J.  12/16/03