UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 13 P 12: 01

DANIEL W. DUMONT

v.

JOHN A. COLLINS, III, ET AL.

Civil Action No.
3:02 CV 548 (SRU)

## SCHEDULING OF ORAL ARGUMENT AND
## FINAL NOTICE TO PRO SE PLAINTIFF

The defendants filed a motion to dismiss on November 3, 2003 (**doc. #91**). By Local Rule, the plaintiff's response to that motion was due within twenty-one days after filing, i.e., on November 24, 2003. Local R. Civ. P. 9(a)1. On December 12, 2003, this court reset the deadline for the plaintiff's response. This court notified the plaintiff, Daniel W. Dumont, that he was required to respond to the motion to dismiss by January 15, 2004. Mr. Dumont has failed to file an opposition to defendant's motion. On August 22, 2003, the defendants filed a motion for sanctions against Mr. Dumont (**doc. #75**). Mr. Dumont has not filed any objections to that motion, although his response was due on September 12, 2003. This court is authorized to grant defendants' motions because Mr. Dumont has not filed timely objections. Local R. Civ. P. 9(a)1.

On September 24, 2003, this court received Mr. Dumont's motion to stay the case, which was denied on September 29, 2003. Since that time, Mr. Dumont has failed or refused to participate in this proceeding.

Notice is hereby given that on **February 26, 2004**, this court will hear oral argument of all pending motions, including the defendants' motion to dismiss and motion for sanctions against Mr. Dumont. Mr. Dumont has stated in papers filed with the court that he "will not participate in

any other proceedings under the presidency of Honorable Stefan R. Underhill." **Mr. Dumont is hereby notified that his unexcused failure to attend the oral argument of the pending motions on February 26, 2004, will result in the granting of the motion to dismiss and the motion for sanctions. If the motion to dismiss is granted, this lawsuit will be terminated and Mr. Dumont's only recourse will be to file an appeal. If the motion for sanctions is granted, Mr. Dumont will be required to pay a monetary sanction and/or his complaint will be dismissed.** Mr. Dumont will not be permitted to reschedule this final hearing absent compelling circumstances raised by written motion, filed on or before February 20, 2004, unless excused by the court. Mr. Dumont remains obligated to attend this hearing.

    It is so ordered.
    Dated at Bridgeport, Connecticut this 12th day of February 2004.

                                  /s/ Stefan R. Underhill
                                  Stefan R. Underhill
                                  United States District Judge

2