CT/cvmhrg (January 10, 2002)

HONORABLE **Stefan Underhill**
DEPUTY CLERK **Montz**   RPTR/ERO/TAPE **Catucci**

TOTAL TIME: ___ hours **15** minutes

DATE **2.26.04**   START TIME **1:10**   END TIME **1:25**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:02cv 548 (SRU)**

**Dumont**
vs.
**Collins, et al**

**NOT Present**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL
**Louis Blumenfeld**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

w/o prej to review.

☑ #**75** Motion **for Sanctions** ☐ granted ☑ denied ☐ advisement
☑ #**91** Motion **to Dismiss** ☑ granted ☐ denied ☐ advisement

Hearing continued until _____ at _____