UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAR -1  A 9: 14

US DISTRICT COURT
BRIDGEPORT CT

DANIEL W. DUMONT

v.  3:02cv548(SRU)

JOHN A. COLLINS, III., (SUISMAN,
SHAPIRO, WOOL, BRENNAN,
GRAY, & GREENBERG, P.C.)
MARTHA S. TRIPLETT, LAW
OFFICES OF LARRY H. LEWIS, &
SCOTTSDALE INS. CO.

### JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of the defendant's motion to dismiss.

On February 13, 2004 an Order to appear for oral argument on February 26, 2004 was sent to counsel and pro se plaintiff. On February 26, 2004 the plaintiff failed to appear for oral argument. The Court reviewed all of the papers filed in conjunction with the motion and on February 26, 2004, in open court, and granted the defendant John A Collin's, III (Suisman, Shapiro, Wool, Brennan, Gray, & Greenberg, P.C) motion to dismiss.

On April 14, 2003 the Court dismissed the defendants, Larry H. Lewis, Scottsdale Ins. Co. and Martha S. Triplett.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed. Any notice of appeal must be filed with thirty days of this judgment.

Dated at Bridgeport, Connecticut, this 1st day of March, 2004.

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

Entered on Docket _____